■ In the Matter of ANN COGHLAN, as Parent and Natural Guardian of RYAN KELLOGG, an Infant, Appellant, v BOARD OF EDUCATION OF LIVERPOOL CENTRAL SCHOOL DISTRICT, Respondent. [692 NYS2d 558] —Judgment unanimously affirmed without costs. Memorandum: Contrary to petitioner's contention, respondent afforded petitioner and her son "reasonable notice" of the alleged misconduct (Education Law § 3214 [3] [c]; *see, Matter of Board of Educ. v Commissioner of Educ.*, 91 NY2d 133, 139-140). Respondent acted within its discretion in suspending petitioner's son for his unlawful and threatening conduct, which occurred off school property while school was not in session (*see, Pollnow v Glennon*, 594 F Supp 220, 224, *affd* 757 F2d 496; *Matter of Tietje*, 34 Ed Dept Rep 567, 570-571; *Matter of Rodriguez*, 8 Ed Dept Rep 214, 216-217; *cf., Howard v Clark*, 59 Misc 2d 327, 329). (Appeal from Judgment of Supreme Court, Onondaga County, Nicholson, J.—CPLR art 78.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.